November 19, 2015

Chief Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

      Re: *Federal Election Commission v. O'Donnell*, No. 15-cv-00017 (LPS)

Dear Judge Stark:

      The parties in the above-referenced matter write to request the scheduling of a discovery teleconference. The following attorneys participated in a verbal meet-and-confer by telephone on November 19, 2015:

Counsel for FEC:  Seth Nesin
Counsel for Defendants:  Stephen M. Hoersting

      Defendants do not presently have Delaware counsel. Defendants O'Donnell and Marston were invited to participate in the meet-and-confer but did not do so. The dispute requiring judicial attention is listed below:

      Defendants have not yet responded to the FEC's First Discovery Requests, which were served on October 8, 2015 and responses were therefore due on November 10, 2015. Defendants have indicated that they can likely provide responses by December 15, 2015. Because that position did not resolve the discovery matter, the Court should address the Commission's request that responses be compelled—and address Defendants' request that the outstanding dates in the Case Scheduling Order be extended by an amount of time the Court believes appropriate.

| Respectfully submitted, | Attorneys for Defendants: |
|---|---|
| Daniel A. Petalas<br>Acting General Counsel<br>dpetalas@fec.gov | Of Counsel:<br>Chris K. Gober, Esquire<br>Steve Hoersting, Esquire<br>GOBER, HILGERS PLLC |
| Lisa J. Stevenson<br>Deputy General Counsel – Law<br>lstevenson@fec.gov | 1005 Congress Avenue, Suite 350<br>Austin, TX  78701 |
| Kevin Deeley<br>Acting Associate General Counsel<br>kdeeley@fec.gov | |
| Harry J. Summers | |

Assistant General Counsel
hsummers@fec.gov

Robert W. Bonham III
Senior Attorney
rbonham@fec.gov

/s/ *Seth Nesin*
Seth Nesin
Attorney
snesin@fec.gov

FOR THE PLAINTIFF
FEDERAL ELECTION COMMISSION
999 E Street NW
Washington, DC  20463
(202) 694-1650