**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-17-LPS |
| | ) | |
| CHRISTINE O'DONNELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **29th** day of **February, 2016**:

Having reviewed the parties' status reports of January 15, 2016 (D.I. 49) and February 1, 2016 (D.I. 51), and their discovery letter of January 15, 2016 (D.I. 48), **IT IS HEREBY ORDERED** that:

1.      Plaintiff's requested relief with respect to the "Utilities" issue is **GRANTED**. Plaintiff's Requests for Admission #9-22 are deemed **ADMITTED**.  Given the schedule in this case, the Court perceives no reason to permit Defendants to supplement their admissions as they have attempted to do (i.e., "The allocation of the use of utilities, within the townhouse or without, is a matter of further discussion as the case proceeds.").

2.      No later than **March 15, 2016**, Defendant O'Donnell **SHALL PRODUCE** documents sufficient to show her income, assets, and liabilities for the years 2014-2015, as this information is relevant to her ability to pay disgorgement or a civil penalty.  This case has not been bifurcated and the Court has been provided no meritorious reasons to bifurcate. Alternatively, Defendant O'Donnell shall, no later than **March 15, 2016**, advise Plaintiff that she is waiving any arguments regarding inability to pay.  O'Donnell's interests in confidentiality will

be adequately protected by the protective order governing discovery in this case.  (*See* D.I. 24)

3.      Defendant O'Donnell need **NOT PRODUCE** documents sufficient to show her

income, assets, and liabilities for years prior to 2014, as such evidence would have at most

marginal relevance to motive (given Defendant's admissions) and to O'Donnell's current ability

to pay and would evidently be burdensome to produce.

4.      Plaintiff's requests for further sanctions and attorney's fees are **DENIED**.

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT COURT